02-12-473-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00473-CV 

 

 


 
 
 Gilberto Frias
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 W.F. Fuller & Company Investments, Inc.
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM County
Court at Law No. 2 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Motion To Dismiss Appeal.”  It is the court’s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
LIVINGSTON,
C.J.; DAUPHINOT and GARDNER, JJ.  

 

DELIVERED:
 March 21, 2013









[1]See Tex. R. App. P. 47.4.